## MILLER v. WRISTEN.

### No. 1915.

Court of Civil Appeals of Texas. Eastland.

June 2, 1939.

Touchstone, Wight, Gormley & Price, of Dallas, for plaintiff in error.

Scarborough & Ely, of Abilene, for defendant in error.

GRISSOM, Justice.

No briefs have been filed in this case. The record has been inspected for fundamental error. Such error has not been discovered. Under the authority of Haynes v. J. M. Radford Grocery Co., 118 Tex. 277, 14 S.W.2d 811, the judgment of the trial court is affirmed.